# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF: NEW YORK<br>SOUTHERN DISTRICT | UNITED STATES DISTRICT COURT | FILE #: 12 CIV 5025<br>DATE FILED: 6/27/2012 |

CAPITAL ONE, NATIONAL ASSOCIATION

                                        Plaintiff(s)/Petitioner(s)

against

201 W 134 ST LLC, ET AL

                                        Defendant(s)/Respondent(s)

State of NY
County of Albany   SS

Ryan Gagliardi being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 7/13/2012 at 3:17 PM
at W.A. HARRIMAN STATE CAMPUS, BLDG 9, ALBANY NY 12227

Deponent served the within: **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE AND ENFORCEMENT OF GUARANTY WITH EXHIBITS, INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES, INDIVIDUAL PRACTICES OF JUDGE FRANCIS, AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS**

upon: NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE

A state agency, by delivering thereat a true copy of each to Diane Hofmann personally, deponent knew said entity so served to be the entity described in same as said recipient and knew said individual to be keyboard specialist thereof, duly authorized to accept legal process

## DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blonde | 50 | 5'8" | 140 | |

Documents were properly endorsed with index number and date of filing.

Sworn to before me on: 7/13/2012

*[Signature]*
Notary Public

*[Signature]*
Ryan Gagliardi

| Nancy E. Gunner | Kerry Gunner | Jessica M. DeVoe |
|---|---|---|
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY |
| No 01GU6179812 | No 01GU5038710 | No 01DE6042657 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County |
| Commission expires 2/4/16 | Commission expires 2/6/15 | Commission Expires 5/30/14 |

216859

SHERIE A. SEARLES
Notary Public, State of New York
Qualified in Albany Co., No. 01SE6179623
Commission Expires Dec 17, 2015