# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 12-CIV-5025                                    Date Filed: _____

Plaintiff:
**CAPITAL ONE, NATIONAL ASSOCIATION**
vs.
Defendant:
**201 W. 134 ST LLC, et al.**

For:
Schiff Hardin, LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103

Received by Lex-Serv, LLC (DCA # 1413475) to be served on **Gerald Migdol a/k/a Jerry Migdol c/o 201 West 134th Street LLC, 223 West 138th Street, Ground Floor, New York, NY 10030**.

I, Nicholas Kelly, being duly sworn, depose and say that on the **13th day of July, 2012** at **11:40 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in a Civil Action, Verified Complaint for Foreclosure of Mortgage and Enforcement of Guaranty with Exhibits** with "**John Doe**" at **223 West 138th Street, Ground Floor, New York, NY 10030**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the within named document in a postpaid envelope addressed to: **223 West 138th Street, Ground Floor, New York, NY 10030** and bearing the words "Personal & Confidential" by First Class Mail on **7/13/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
I informed "John Doe" when he refused to accept the above documents that I would be leaving said documents on the receptionist deck of the office located at 223 West 138th Street Ground Floor, Ny NY 10030.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Black, Height: 5'10", Weight: 170, Hair: Dark Brown, Glasses: N

I certify that I am not a party herein, I am a resident of the State of New York and I am over the age of 18.

Subscribed and Sworn to before me on the 20th day
of July, 2012 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

Nicholas Kelly
1284490

Lex-Serv, LLC (DCA # 1413475)
211 East 43rd Street
Suite 1804
New York, NY 10017
(212) 661-1180
Our Job Serial Number: LXS-2012001267

SALVATORE INCHERCHERA
Notary Public, State of New York
No. 01IN6248434
Qualified in Richmond County
Commission Expires Sept. 19, 2015

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.: 12-CIV-5025

ATTORNEY(S):
Schiff Hardin, LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103

Plaintiff:

CAPITAL ONE, NATIONAL ASSOCIATION

vs.

Defendant:

201 W. 134 ST LLC, et al.

### AFFIDAVIT OF NON-SERVICE
### STATE OF NEW YORK, COUNTY OF NEW YORK

**Nicholas Kelley** being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State.

On July 19, 2012 at 11:00 am, at 2280 Adam Clayton Powell Jr. Boulevard, New York, NY 10030, deponent attempted to serve the within: Summons in a Civil Action, Verified Complaint for Foreclosure of Mortgage and Enforcement of Guaranty with Exhibits on: 201 West 134th Street LLC and on Gerald Migdol a/k/a Jeremy Migdol c/o 201 West 134th Street LLC. I was advised by a Male individual that the company now occupying said address was Baby Steps Home Visiting Program and he also advised me that 201 west 134th Street LLC had moved to 223 West 138th Street, New York, New York 10030 approximately 3-4 months ago.

Deponent also mailed a copy by regular mail bearing the words "Personal and Confidential" on July 19, 2012 made out to the following:

201 West 134th Street LLC
2280 Adam Clayton Powell Jr. Boulevard
New York, NY 10030

Gerald Migdol a/k/a Jeremy Migdol
c/o 201 West 134th Street LLC
2280 Adam Clayton Powell Jr. Boulevard
New York, NY 10030

Sworn to Me on July 20, 2012

Nicholas Kelley

License #1284490

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.: 12-CIV-5025

ATTORNEY(S):
Schiff Hardin, LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103

Plaintiff:

CAPITAL ONE, NATIONAL ASSOCIATION

vs.

Defendant:

201 W. 134 ST LLC, et al.

## AFFIDAVIT OF NON-SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK

Daniel A. Levine being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State.

On July 20, 2012 at 7:25 am, at 6 Jordan Lane Ardsley, NY 10502, deponent attempted to serve the within: Summons in a Civil Action, Verified Complaint for Foreclosure of Mortgage and Enforcement of Guaranty with Exhibits on: 201 West 134th Street LLC and on Gerald Migdol a/k/a Jeremy Migdol c/o 201 West 134th Street LLC. I was advised by a female individual who opened the door to the premises above that Gerald Migdol had moved out 2 years ago and did not know his current address.

Deponent also mailed a copy by regular mail bearing the words "Personal and Confidential" on July 20, 2012 made out to the following:

201 West 134th Street LLC
6 Jordan Lane
Ardsley, NY 10502

Gerald Migdol a/k/a Jeremy Migdol
c/o 201 West 134th Street LLC
6 Jordan Lane
Ardsley, NY 10502

Sworn to Me on July 20, 2012

Daniel A. Levine

License #1240374