# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE #: 12CIV5025
Date filed: 6/27/2012

CAPITAL ONE, NATIONAL ASSOCIATION

Plaintiff(s)/Petitioner(s)

against

201 W 134 ST LLC, ET AL.

Defendant(s)/Respondent(s)

State of NY
County of Albany ss

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 7/31/2012 at 2:17 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT FOR FORCLOSURE OF MORTGAGE AND ENFORCEMENT OF GUARANTY WITH EXHIBITS, , ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES OF JUDGE FRANCIS AND INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES**

upon: **201 W 134 ST LLC**

defendant/respondent in this action by delivering and leaving with Donna Christie authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, 99 Washington Ave, Albany, NY 12231-0001, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**303 of the Limited Liability Company Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blonde | 47 | 5'4" | 140 | glasses |

Sworn to before me on: 7/31/2012

Nancy E. Gunner
Notary Public

Michael Pickett

Nancy E. Gunner
Notary Public, State of NY
No 01GU6179812
Qualified in Albany County
Commission expires 2/4/16

Kerry Gunner
Notary Public, State of NY
No 01GU5038710
Qualified in Albany County
Commission expires 2/6/15

Jessica M. DeVoe
Notary Public, Stateof NY
No 01DE6042657
Qualified in Albany County
Commission Expires 5/30/14

218238