UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>                                    Plaintiff,<br><br>      -against-<br><br>201 W 134 ST LLC, GERALD MIGDOL a/k/a JERRY MIGDOL, and "JOHN AND/OR JANE DOE #1" to "JOHN AND/OR JANE DOE # 5" inclusive, the last five named persons being unknown to plaintiff, the persons and parties intended being the tenants, occupants, persons, entities, or corporations, if any, having or claiming upon the premises at 201 West 134th Street a/k/a 2280 Adam Clayton Powell Jr. Boulevard, New York New York, a four-story, single-dwelling building, as more fully described in the complaint,<br><br>                                    Defendants. | Civil Action No.: 12-cv-5025 (JMF)<br><br>ECF Case |

-------------------------------------------------------------------------

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for Plaintiff Capital One, National Association.

| | |
|---|---|
| Date:  August 24, 2012 | /s/ *Patricia A. Pileggi*<br>Patricia A. Pileggi<br>Thomas P. Battistoni (TB 8012)<br>Schiff Hardin LLP<br>666 Fifth Avenue, 17th Fl.<br>New York, New York 10103<br>ppileggi@schiffhardin.com<br>(212) 745-0839 Direct<br>(212) 753-5044 Facsimile<br>*Attorneys for Plaintiff Capital One,*<br> *National Association* |

NY\51209703.1