# AMENDED AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 12-CIV-5025                                      Date Filed: _____

Plaintiff:
**CAPITAL ONE, NATIONAL ASSOCIATION**

vs.

Defendant:
**201 W. 134 ST LLC, et al.**

For:
Schiff Hardin, LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103

Received by Lex-Serv, LLC (DCA # 1413475) to be served on **Gerald Migdol a/k/a Jerry Migdol c/o 201 West 134th Street LLC, 223 West 138th Street, Ground Floor, New York, NY 10030**.

I, Nicholas Kelly, being duly sworn, depose and say that on the **13th day of July, 2012** at **11:40 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in a Civil Action, Verified Complaint for Foreclosure of Mortgage and Enforcement of Guaranty with Exhibits** with "**John Doe**" at **223 West 138th Street, Ground Floor, New York, NY 10030**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the within named document in a postpaid envelope addressed to: **223 West 138th Street, Ground Floor, New York, NY 10030** and bearing the words "Personal & Confidential" by First Class Mail on **7/13/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
"John Doe" refused to accept the Summons and Complaint. I noticed a desk near "John Doe" in the office of 233 West 138th Street Ground Floor. I informed "John Doe" that I would be leaving said documents on that desk if he refused to accept the documents. I did leave the documents on that desk in the office located at 223 West 138th Street Ground Floor, New York, NY 10030.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Black, Height: 5'10", Weight: 170, Hair: Dark Brown, Glasses: N

I certify that I am not a party herein, I am a resident of the State of New York and I am over the age of 18.

Subscribed and Sworn to before me on the 24th day of AUGUST, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

DANIEL A. LEVINE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6154152
Qualified in Queens County
My Commission Expires October 23, 2014

_____
Nicholas Kelly
1284490

Lex-Serv, LLC (DCA # 1413475)
211 East 43rd Street
Suite 1804
New York, NY 10017
(212) 661-1180
Our Job Serial Number: LXS-2012001267

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m