UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
CAPITAL ONE, NATIONAL ASSOCIATION,

                                          Plaintiff,

       -against-                           AFFIRMATION OF
                                                           MAILING LETTER

201 W 134 ST LLC, GERALD MIGDOL a/k/a JERRY     IN ACCORDANCE WITH
MIGDOL, NEW YORK STATE DEPARTMENT OF            RULE 3(B)(i)
TAXATION AND FINANCE, and "JOHN AND/OR
JANE DOE #1" to "JOHN AND/OR JANE DOE #5"
inclusive, the last five named persons being unknown to     12 Civ. 5025 (JMF)
plaintiff, the persons and parties intended being the tenants,   ECF Case
occupants, persons, entities, or corporations, if any, having
or claiming upon the premises at 201 West 134th Street
a/k/a 2280 Adam Clayton Powell Jr. Boulevard, New York
New York, a four-story, single dwelling building, as more
fully described in the complaint,

                                          Defendants.

------------------------------------------------------------------------

       I, Aaron Migdol, Esq., attorney for Defendants 201 W 134 ST LLC and Gerald Migdol in the above action, affirm under penalty of perjury that I have served a letter pursuant Rule 3(B)(i) of the Individual Rules and Practices in Civil Cases of United Stated District Judge Jesse M. Furman upon Plaintiff's attorney, Thomas P. Battistoni, Esq. of Schiff Hardin LLC, whose address is 666 Fifth Avenue, 17th Floor, New York, NY 10103 by Federal Express overnight delivery on July 25, 2012 to arrive the next day.

Dated:  New York, NY
          July 25, 2012

                                                Respectfully submitted,


                                                _____s/_____
                                                Aaron Migdol, Esq.
                                                223 West 138th Street

Ground Floor
New York, NY 10030
aaronmigdol@migdolnyc.com
Phone: (212) 283-4423
Fax: (212) 283-4424

*Attorney for Defendants 201 W 134 ST LLC and Gerald Migdol*