UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
CAPITAL ONE, NATIONAL ASSOCIATION,

                                                               Plaintiff,

           -against-                                **AFFIRMATION OF MAILING**

201 W 134 ST LLC, GERALD MIGDOL a/k/a JERRY
MIGDOL, and "JOHN AND/OR JANE DOE #1" to
"JOHN AND/OR JANE DOE #5" inclusive, the last five
named persons being unknown to plaintiff, the persons and
parties intended being the tenants, occupants, persons,        12 Civ. 5025 (JMF)
entities, or corporations, if any, having or claiming upon         ECF Case
the premises at 201 West 134th Street a/k/a 2280 Adam
Clayton Powell Jr. Boulevard, New York New York, a
four-story, single dwelling building, as more fully
described in the complaint,

                                                   Defendants.
-----------------------------------------------------------------------

      I, Aaron Migdol, Esq., affirm under penalty of perjury that I have served a copy of the attached Notice of Motion to Dismiss, Affirmation in Support of Defendants' Motion to Dismiss, Affidavit of Defendant Gerald Migdol, and Memorandum of Law in Support of Defendants' Motion to Dismiss upon plaintiff's attorney, Thomas P. Battistoni, Esq. of Schiff Hardin LLC, whose address is 666 Fifth Avenue, 17th Floor, New York, NY 10103 by Federal Express overnight delivery.

Dated:  New York, NY
          September 14, 2012

                                                    Respectfully submitted,

                                                    _____s/_____
                                                    Aaron Migdol, Esq.

223 West 138th Street
Ground Floor
New York, NY 10030
aaronmigdol@migdolnyc.com
Phone: (212) 283-4423
Fax: (212) 283-4424

*Attorney for defendants 201 W 134 ST LLC and Gerald Migdol*