UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X AFFIDAVIT OF SERVICE

CAPITAL ONE, NATIONAL ASSOCIATION           Civil Action No. 12-5025
                    Petitioner,

- against -

201 W 134 ST LLC, et al.

                    Respondent.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF QUEENS     )

    Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

    On September 14, 2012, at approximately 12:56 PM, at 201 West 134th Street, New York, NY 10030, Deponent served the within Summons and in a Civil Action, Amended Complaint for Foreclosure of Mortgage and Enforcement of Guaranty with Exhibits upon: **"John and/or Jane Doe" a/k/a Baby Steps Visiting Program** (1st Floor Tenants) by delivering to and leaving with Samantha Donawa a true and correct copy of said documents.

    At the time of said service, Samantha Donawa, stated that she is duly authorized to accept service of legal documents on behalf of Baby Steps Visiting Program (1st Floor Tenants) and acknowledged said service by signing a copy of the aforementioned Summons.

    Samantha Donawa is described as a Black female, approximately 55-61 yrs. of age, 155-165 lbs., 5'6"-5'8" tall, and had black hair.

-------------------------------------------
Andrew Bartley

Sworn to before me this
17th day of September, 2012

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in Queens County; New York County
Commission Expires November 17, 2013

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Capital One, National Association <br><br> *Plaintiff* <br><br> v. <br><br> 201 W 134 ST LLC, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No. 12-5025 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN AND/OR JANE DOE
(tenant or occupant)

Premises at 201 West 134th Street a/k/a 2280 Adam Clayton Powell Jr. Blvd.
New York, NY 10030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas P. Battistoni, Esq.
Schiff Hardin LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: SEP 0 5 2012

*Signature of Clerk or Deputy Clerk*