# Affidavit of Service

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
CASE NO.: **12 CV 5025 (JMF)**
Plaintiff: CAPITAL ONE, NATIONAL ASSOCIATION,
Defendants: 201 W 134 ST LLC, GERALD MIGDOL a/k/a JERRY MIGDOL, and "JOHN AND/OR JANE DOE #1" to "JOHN AND/OR JANE DOE #5"

> Network Provided
> Time - 10:14 AM
> Date - September 11, 2012
> GPS
> 40.817795 -73.943619

State of New York, County of New York

I **Ronald Guest - License No. 1282614** being duly sworn deposes and says that on **September 11, 2012** at **10:14 AM**, I served **Summons In A Civil Action and Amended Complaint for Foreclosure of Mortgage and Enforcement of Guaranty along with Exhibits "A-C"** on **201 W 134 ST LLC, C/o Aaron Migdol, Esq.** by delivering the documents to **Aaron Migdol, Esq.** who is the **Person that is authorized by appointment or law to receive document of process for the defendant** at **223 West 138th Street, Ground Floor, New York, NY 10030** which is their usual place of business.

Said service was effected in the following manner:

**Corporation/Business Entity**

A domestic/foreign corporation, by delivering thereat a true copy of each to **Aaron Migdol, Esq.** personally. The deponent knew said Corporation so served to be the domestic/foreign corporation described as **201 W 134 ST LLC, C/o Aaron Migdol, Esq.**, and knew said individual, **Aaron Migdol, Esq.** to be the **Person that is authorized by appointment or law to receive document of process for the defendant** there of, authorized to accept service of process.

Deponent describes the individual served to the best of the deponents ability at the time and circumstances of service as follows:

Male, Dark brown skin, 5' 11", 230 - 240 lbs, Black hair, Brown eyes, 45 - 50 years

Server Comments:

I declare under oath that I am 18 years of age or older and not a party to this action.

_____
Ronald Guest - License No. 1282614

Your File/Reference Number:
SCHIFF HARDIN LLP
**Notary Section**

Subscribed and affirmed, or sworn to before me this _17th_ day of _September_ 20 _12_.

Notary Public: _____
Commission Expires: _____

Exclusive Process Service
Post Office Box 858
New York, NY 10268

JUAN ROLDAN
Notary Public, State of New York
No. 01RO5077069
Qualified in New York County
Commission Expires April 28, 2015