UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

CAPITAL ONE, NATIONAL ASSOCIATION,

                                  Plaintiff,

                -against-

201 W 134 ST LLC, GERALD MIGDOL a/k/a JERRY
MIGDOL, and "JOHN AND/OR JANE DOE #1" to
"JOHN AND/OR JANE DOE # 5" inclusive, the last five
named persons being unknown to plaintiff, the persons and
parties intended being the tenants, occupants, persons,
entities, or corporations, if any, having or claiming upon
the premises at 201 West 134th Street a/k/a 2280 Adam
Clayton Powell Jr. Boulevard, New York New York, a
four-story, single-dwelling building, as more fully
described in the complaint,

                              Defendants.

-----------------------------------------------------------------------

Civil Action No.: 12-cv-5025
(JMF)


ECF Case


## CERTIFICATE OF SERVICE

NICHOLAS CAMPBELL, being duly sworn, deposes and says:

1.      I am over the age of eighteen years, I am employed by Schiff Hardin LLP, located at 666 Fifth Avenue, New York, NY, 10103 and I am not a party to the above entitled action.

2.      On the 28th day of September, 2012, I caused a true and correct copy of the following to be served *via* ECF electronic mail to the persons on the attached service list:

- Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss
- Declaration of Thomas P. Battistoni in Opposition to Defendants Motion to Dismiss

NICHOLAS CAMPBELL

Sworn to before me this

28th day of September, 2012

Notary Public

Andrew McLaughlin
Notary Public, State of New York
No. 01MC6150540
Qualified in Nassau County
Commission Expires July 31, 20__14

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:12-cv-05025-JMF**

### SERVICE LIST

| | |
|---|---|
| **Capital One, National Association**<br><br><br>*Plaintiff* | **Patricia A. Pileggi**<br>Schiff Hardin LLP<br>666 Fifth Ave., 17th Floor<br>New York, NY 10103<br>(212) 745-0839<br>Fax: (212) 745-5044<br>Email: ppileggi@schiffhardin.com<br><br>**Thomas Patrick Battistoni**<br>Schiff Hardin LLP<br>666 Fifth Ave., 17th Floor<br>New York, NY 10103<br>(212) 745-0877<br>Fax: (212) 753-5044<br>Email: tbattistoni@schiffhardin.com<br><br>*Counsel to Plaintiff* |
| **201 W 134 St LLC**<br><br><br>*Defendant* | **Aaron Migdol**<br>The Law Office of Aaron Migdol<br>223 West 138th Street<br>New York, NY 10030<br>(212) 283-4423<br>Fax: (212) 283-4424<br>Email: aaronmigdol@migdolnyc.com<br><br>*Counsel to Defendant* |

| | |
|---|---|
| **Gerald Migdol**<br>*also known as*<br>Jerry Migdol<br><br><br>*Defendant* | **Aaron Migdol**<br>The Law Office of Aaron Migdol<br>223 West 138th Street<br>New York, NY 10030<br>(212) 283-4423<br>Fax: (212) 283-4424<br>Email: aaronmigdol@migdolnyc.com<br><br>*Counsel to Defendant* |
| **New York State Department of Taxation and Finance**<br><br>*Defendant* | **To all parties entitled to receive notice electronically via the Court's electronic docket.** |
| **John and/or Jane Doe #1 to John and/or Jane Doe #5**<br><br>*Defendant* | **To all parties entitled to receive notice electronically via the Court's electronic docket.** |