```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CAPITAL ONE, NATIONAL ASSOCIATION,

                Plaintiff,

       -v-

201 W 134 ST LLC, et al.,

                Defendants.
-------------------------------------------------------------X

12 Civ. 5025 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: New York, New York
       November 21, 2012

                                              JESSE M. FURMAN
                                           United States District Judge