UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
CAPITAL ONE, NATIONAL ASSOCIATION,

                                  Plaintiff,

       -against-

201 W 134 ST LLC, GERALD MIGDOL a/k/a JERRY
MIGDOL,  and "JOHN AND/OR JANE DOE #1" to
"JOHN AND/OR JANE DOE #5" inclusive, the last five
named persons being unknown to plaintiff, the persons and
parties intended being the tenants, occupants, persons,
entities, or corporations, if any, having or claiming upon
the premises at 201 West 134th Street a/k/a 2280 Adam
Clayton Powell Jr. Boulevard, New York New York, a
four-story, single dwelling building, as more fully
described in the complaint,

                                Defendants.
-------------------------------------------------------------------------

12 Civ. 5025 (JMF)
ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/12

## ORDER

UPON CONSIDERATION of Defendants' Motion to Withdraw their Motion to Dismiss, it is this __21st__ day of __November__, 2012, hereby

ORDERED that Defendants' Motion to Withdraw their Motion to Dismiss be GRANTED without prejudice. The Clerk of Court is directed to terminate the motion.

SO ORDERED

                                          Honorable Jesse M. Furman
                                          United States District Judge