UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION,<br>                                    Plaintiff,<br>        -against-<br>201 W 134 ST LLC, GERALD MIGDOL a/k/a JERRY MIGDOL, and "JOHN AND/OR JANE DOE #1" to "JOHN AND/OR JANE DOE # 5" inclusive, the last five named persons being unknown to plaintiff, the persons and parties intended being the tenants, occupants, persons, entities, or corporations, if any, having or claiming upon the premises at 201 West 134th Street a/k/a 2280 Adam Clayton Powell Jr. Boulevard, New York New York, a four-story, single-dwelling building, as more fully described in the complaint,<br>                                    Defendants. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Civil Action No.: 12-cv-5025 (JMF)<br><br>ECF Case |

-------------------------------------------------------------------------

Plaintiff CAPITAL ONE, NATIONAL ASSOCIATION, hereby gives notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned matter is voluntarily dismissed with prejudice against the defendants.

Dated:  New York, New York
        November 29, 2012

Respectfully submitted,

*/s/ Thomas P. Battistoni*
Thomas P. Battistoni (TB 8012)
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY  10103
(212) 753-5000
*Attorneys for Plaintiff Capital One, National Association*

NY\51265203.1